# **<u>EXHIBIT A</u>**

| Model Number | Serial Number Range |
|---|---|
| LFC28768* | 401********* to 712********* |
| LFCS31626* | 401********* to 712********* |
| LFX28968* | 401********* to 712********* |
| LFX29927* | 401********* to 712********* |
| LFX29945* | 401********* to 712********* |
| LFXC24726* | 401********* to 712********* |
| LFXC24796* | 401********* to 712********* |
| LFXS24623* | 401********* to 712********* |
| LFXS24663* | 401********* to 712********* |
| LFXS29626* | 401********* to 712********* |
| LFXS29766* | 401********* to 712********* |
| LFXS30726* | 401********* to 712********* |
| LFXS30766* | 401********* to 712********* |
| LFXS30796* | 401********* to 712********* |
| LMXC23746* | 401********* to 712********* |
| LMXS27626* | 401********* to 712********* |
| LMXS27676* | 401********* to 712********* |
| LMXS30746* | 401********* to 712********* |
| LMXS30776* | 401********* to 712********* |
| LPXS30866* | 401********* to 712********* |
| LSFD2491* | 401********* to 712********* |
| LSFXC2476* | 401********* to 712********* |
| LSXC22386* | 401********* to 712********* |
| LSXC22396* | 401********* to 712********* |
| LSXC22426* | 401********* to 712********* |
| LSXS22423* | 401********* to 712********* |
| LSXS26326* | 401********* to 712********* |
| LSXS26336* | 401********* to 712********* |
| LSXS26366* | 401********* to 712********* |
| LSXS26386* | 401********* to 712********* |
| LSXS26396* | 401********* to 712********* |