LG Fridge Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
(855) 918-4661
info@LGFridgeSettlement.com

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2022 AUG 16   A 10: 52

August 10th, 2022

To whom it may concern,

My LG refrigerator (model LFXC24796S, serial number 709KRSB1X582) stopped working around July 15, 2022. Ever since then I have been trying, unsuccessfully, to get it repaired, first by my extended warranty company and then by LG under this settlement (Case No. 19-CV-13554 of the U.S. District Court for the District of New Jersey). I submitted a claim to LG on July 29th and have yet to have the refrigerator repaired. I request that your office intervene on my behalf to enforce the terms of this settlement.

Under the terms of the settlement, "*LG will undertake commercially reasonable best efforts to ensure that a LG-employed repair technician or an Authorized Repair Service Provider, as available, arrives at a Settlement Class Member's home as quickly as is practicable, **within seven (7) days of receiving the Settlement Class Member's initial request for service**, and with all necessary parts on hand*". When I submitted the claim on July 29th I was told that LG could not locate a Service Center to perform the work – in the greater San Francisco area! When asked (also on July 29th) whether the appliance service that originally responded could do the work, LG required that I submit a lot of information to get an "*Authorization Letter*". However, after all the effort to provide that information, it turned out that the letter only covered parts and the labor estimate the appliance service submitted to LG was rejected. Also on July 29th I asked, if LG was unable to provide a Service Center to perform the repair, would it provide a replacement or a refund of the money I paid for the refrigerator, and they told me that 15 days from then, if they were unable to locate a Service Center, LG would decide whether to refund or replace the refrigerator. It has now been 12 days since July 29th, and LG hasn't provided us with a Service Center, let alone to send a technician to repair our refrigerator within 7 days of July 29th, nor has it contacted me about a refund or replacement. As such I believe that LG is in default on the terms of this settlement. We request that, under your authority as Settlement Administrator, you enforce the terms of this settlement and order LG to repair or replace our refrigerator immediately, or refund an amount required to replace it with a current, like, model and feature set. Furthermore, I have long since lost the vast majority of the food in our refrigerator. We have tried to keep what remains cool by using the refrigerator as an icebox (purchasing bags of ice every few days) but LG tells me that they require receipts for all the lost food, and ice, and I do not know how I could possibly document food that was purchased, some of it many months ago, not knowing that all would be lost due to a catastrophic refrigerator compressor failure. I believe that LG should pay a lump sum for food loss and ice purchase, sans documentation, since clearly no one would have an empty refrigerator in modern times. Ours was full at the time of the failure.

Mostly, however, we just want the repair (or replacement or refund) to be done so that we can restart a normal lifestyle, and expect your office will take immediate action against LG to effect these repairs, and to punish LG for its behavior in not living up to the terms of this settlement.

Jack Hodges, PhD
147 Arbor Ln
Moss Beach, CA 94038

Cc: United States District Court for the District of New Jersey
    Martin Luther King Building
    50 Walnut Street
    Newark, NJ 07102
    (973) 645-3730

    LG Electronics Alabama
    Attn: Claim Administration
    201 James Record Rd.
    Huntsville, AL 35824
    (800) 243-0000



Jack Hodges
147 Arbor Ln.
Moss Beach, CA 94038

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2022 AUG 16  A 10: 52

SAN FRANCISCO CA 940

11 AUG 2022 PM 3  L

07102-355199

United States District Court for the District of New Jersey
Martin Luther King Building
50 Walnut Street
Newark, NJ 07102